UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MICHAEL HERN**, for himself, as a private attorney general, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LOWE'S HOME CENTERS, LLC**,<br><br>Defendant. | Case No. 2:25-cv-2502<br><br>**DEFENDANT LOWE'S HOME CENTERS, LLC'S CORPORATE DISCLOSURE AND DIVERSITY STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lowe's Home Centers, LLC ("Lowe's" or "Defendant") hereby states that it is a limited liability company with its principal place of business located at 1000 Lowes Blvd., Mooresville, North Carolina 28117.

Lowe's Companies, Inc. is the sole member of Lowe's Home Centers, LLC. Lowe's Companies, Inc. is a North Carolina corporation with its principal place of business in Mooresville, North Carolina.

Dated: December 8, 2025

Respectfully submitted,

SCHWABE WILLIAMSON & WYATT

By: *s/ Nika Aldrich*
Nika Aldrich, WSBA #48473
Email: naldrich@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711

Jason Evans, WSBA #62452
Email: jevans@schwabe.com
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

Meegan B. Brooks (WA Bar No. 62516)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2232
Email: mbrooks@beneschlaw.com

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2025, I caused to be served the following **DEFENDANT LOWE'S HOME CENTERS, LLC'S CORPORATE DISCLOSURE AND DIVERSITY STATEMENT** on:

Daniel M. Hattis
Paul Karl Lukacs
**HATTIS LUKACS & CORRINGTON**
11711 SE 8th St, Ste 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
Email: dan@hattislaw.com
pkl@hattislaw.com

*Attorneys for Plaintiffs*

☒ First Class Mail
☐ Electronic Service
☐ Email
☒ Other: Courtesy Email

*s/ Nika Aldrich*
Nika Aldrich



SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711