HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MICHAEL HERN**, on behalf of himself, as a private attorney general and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LOWE'S HOME CENTERS, LLC**,<br><br>Defendant. | Case No. 2:25-cv-02502-GJL<br><br>**JOINT MOTION TO STAY CASE**<br><br>NOTE ON MOTION CALENDAR: December 10, 2025 |

**MOTION**

Counsel for Defendant, Lowe's Home Centers, LLC ("Lowe's") and Plaintiff Michael Hern ("Plaintiff") hereby move the Court for an Order staying the case until the Washington Supreme Court issues its opinion in response to the Order Certifying Question to the Washington Supreme Court issued by the United States Court of Appeals for the Ninth Circuit in *Montes v. SPARC Grp., LLC*, Appeal No. 23-35496 (9th Cir. May 9, 2025) ("*Montes*"). The Parties respectfully move the Court to Order the parties to file a joint status report within twenty-one (21) days of the issuance of the Washington Supreme Court's decision.

**MEMORANDUM IN SUPPORT**

In the present case, Plaintiff alleges that Defendant Lowe's violated the Washington Consumer Protection Act ("WCPA") by listing prices for goods as discounted prices from "reference prices" when, as alleged, the prices were not in fact discounted because Lowe's never sold those



SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 622-1711

products at the "reference prices."

*Montes* is a similar pricing case, brought by Plaintiff's same counsel and defended by Lowe's counsel here. The trial court in *Montes* granted the defendant's motion to dismiss based on the finding that the plaintiff had not suffered a cognizable injury under the WCPA. The Plaintiff appealed, and on May 9, 2025, the Ninth Circuit in *Montes* certified the following question to the Washington Supreme Court:

> When a seller advertises a product's price, coupled with a misrepresentation about the product's discounted price, comparative price, or price history, does a consumer who purchases the product because of the misrepresentation suffer an "injur[y] in his or her business or property" under Wash. Rev. Code §§19.86.020 and 19.86.090 if the consumer pays the advertised price?

The Washington Supreme Court's decision in this matter, if decided in the negative, may be dispositive of this case. Alternatively, if answered in the affirmative, it may help provide guidance about the application of the WCPA to the allegations in the Complaint.

In light of the pendency of *Montes*, the parties have agreed to stay all deadlines in this case until the Washington Supreme Court issues its decision in *Montes*. A stay under the circumstances will serve the interests of judicial efficiency and avoid potentially unnecessary motion practice.

//

//

//

//

//

//

//

//

//

//

//

//

//



SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 622-1711

**CONCLUSION**

For the reasons stated herein, the Court should stay all deadlines in this case, including deadlines pursuant to Fed. R. Civ. P. 12 until after the Washington Supreme Court issues its decision in *Montes*. The Court should Order the parties to file a joint status report within twenty-one (21) days of the issuance of such a decision.

DATED: December 10, 2025

Respectfully submitted,

HATTIS LUKACS & CORRINGTON

By: *s/ Che Corrington* (by permission)
Daniel M. Hattis, WSBA No. 50428
dan@hattislaw.com
Che Corrington, WSBA No. 54241
che@hattislaw.com
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Tel: 425.233.8650
Fax: 425.412.7171

*Attorneys for Plaintiff and the Proposed Class*

SCHWABE WILLIAMSON & WYATT

By: *s/ Nika Aldrich*
Nika Aldrich, WSBA #48473
Email: naldrich@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711

Jason Evans, WSBA #62452
Email: jevans@schwabe.com
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

Meegan B. Brooks (WA Bar No. 62516)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2232
Email: mbrooks@beneschlaw.com

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*