UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL HERN,

Plaintiff(s),

v.

LOWE'S HOME CENTERS LLC,

Defendant(s).

CASE NO. 2:25−cv−02502−RSM

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Ricardo S. Martinez, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−02502−RSM and bear the Judge's name in the upper right hand corner of the document.

DATED December 11, 2025

Ravi Subramanian
Clerk of Court

By: /s/ Kelly A Miller
Deputy Clerk