UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL HERN,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

    Defendant.

Case No. C25-2502-RSM

ORDER GRANTING JOINT MOTION TO STAY CASE

THIS MATTER comes before the Court on Defendant Lowe's Home Centers, LLC and Plaintiff Michael Hern's Joint Motion to Stay Case. Having reviewed the Motion and all related papers the Court finds that good cause exists and therefore:

GRANTS the motion and ORDERS that this case is stayed pending the Washington Supreme Court's decision in the *Montes v. SPARC Grp., LLC*, Wash. Sup. Ct. No. 1041624, appeal, and further ORDERS the Parties to file a joint status report within twenty-one (21) days of the issuance of the Washington Supreme Court's decision.

It is so ORDERED.

DATED this 15th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1