HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MICHAEL HERN**, on behalf of himself, as a private attorney general and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LOWE'S HOME CENTERS, LLC**,<br><br>Defendant. | Case No. 2:25-cv-02502-RSM<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Nika Aldrich and Jason P. Evans, attorneys at Schwabe, Williamson & Wyatt, P.C., hereby withdraw from representation of Defendant Lowe's Home Centers, LLC in the above-referenced action. This withdrawal is effective immediately.

Meegan B. Brooks and the firm of Ballard Spahr LLP will continue to represent Defendant and remain counsel of record.

DATED: July 30, 2026

SCHWABE WILLIAMSON & WYATT

By: *s/ Nika Aldrich*
Nika Aldrich, WSBA No. 48473
Email: naldrich@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711

BALLARD SPAHR LLP

By: *s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA No. 62516
Email: brooksm@ballardspahr.com
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 424-204-4400

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*